PHILLIP A. TALBERT
United States Attorney
ANGELA L. SCOTT
VINCENZA RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> v.<br><br>TOMMIE THOMAS,<br>WILLIAM THOMAS,<br>DANNY WILLIS,<br>GARY PIERSON,<br>LADAIREUS JONES,<br>BERNARD WARREN,<br>MANUEL CRUZ,<br>LUIS FERNANDEZ,<br>BRYSHANIQUE ALLEN,<br>MYRON DEWBERRY,<br><br>  Defendant. | CASE NO. 5:17-mj-00046-JLT<br>5:17-mj-00045-JLT<br>5:17-mj-00043-JLT<br>5:17-mj-00047-JLT<br>5:17-mj-00048-JLT<br>5:17-mj-00044-JLT<br>5:17-mj-00050-JLT<br>5:17-mj-00052-JLT<br>5:17-mj-00051-JLT<br>5:17-mj-00049-JLT<br><br>[~~PROPOSED~~] ORDER TO UNSEAL COMPLAINT, ARREST WARRANTS, AND AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

IT IS SO ORDERED.

DATED: December 12, 2017

_____
Jennifer L. Thurston
U.S. Magistrate Judge

ORDER UNSEALING COMPLAINTS